# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 4:06CR266SNL/AGF |
| | ) | |
| **JULIUS RUTHERFORD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Having received no objections to the United States Magistrate Judge's Report and Recommendation,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Audrey G. Fleissig's Report and Recommendation (#27), filed May 21, 2007, is **SUSTAINED, ADOPTED** and **INCORPORATED** herein. Upon review of the Magistrate Judge's Report and Recommendation, and the evidentiary hearing transcript, as well as relevant caselaw, the Court concurs with the Magistrate Judge's findings and recommendation.

**IT IS FURTHER ORDERED** that defendant's motion to suppress evidence (#21) be and is **DENIED.**

**IT IS FINALLY ORDERED** that defendant's motion to suppress statements (#22) be and is **DENIED.**

Dated this __18th__ day of June, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE